**EXHIBIT A**

Resolution of OCR Docket # 15-18-2110

Whereas University of Akron Law Student Clark Robertson filed a complaint against the University of Akron alleging age and disability discrimination with the United States Department of Education, Office of Civil Rights; and

Whereas, the complaint was forwarded to the Federal Mediation and Conciliation Service (FMCS) for mediation; and

Whereas, the parties met on August 13, 2018 and participated in mediation with Barbara M. Baker of the FMCS; and

The parties have resolved the complaint and agree as follows:

1. As previously agreed with the Course Instructor in Legal Reasoning, Mr. Robertson will be provided until August 26, 2018 to complete the last three assignments in the course. The Course Instructor also permitted several other students in the course this same extension. If Mr. Robertson fails to complete the course requirements by August 26, 2018 or fails to meet the required grades, he will be required to retake the course in the Fall 2018 semester.

2. The University of Akron School of Law will explore and consider options for providing a generational diversity training component to students either during orientation or during the course of school year, for as long as The University of Akron School of Law feels this is appropriate.

3. Mr. Robertson agrees to withdraw the complaint with the Office of Civil Rights within seven (7) days of August 13, 2018.

4. Mr. Robertson will not reassert claims related to this OCR complaint or any new claims that occurred prior to August 13, 2018.

_Clark A Robertson_  8/13/2018
Clark Robertson

_[signature]_  8/13/18
The University of Akron