EXHIBIT B

**The University of Akron's Transcription of Clark Robertson's voicemail message that was forwarded to The University of Akron by Carolyn Brommer, Regional Director of the Federal Mediation and Conciliation Service on 8/29/2018..**

Barbara,

My name is Clark Robertson and I was in the University of Akron School of Law and you came here for mediation.  You know I submitted those documents for that class for Legal Reasoning and I was doing very well in the class.   Then I got really really bad grades from this guy.  And I did my very best.  And he like just, yeah it s Chris Crull, it's pronounced cruel.   But it is not spelled cruel, it is spelled C-R-U-L-L.

Anyway, I believe it is retaliation against me. And they are putting me on this spin cycle it's like Sisyphus.  Where you can almost get the job and then all of a sudden you get kicked down the stairs.  And um -  their intent is not to help me with my skills the intent is to use IT AS A FREAKING BASEBALL BAT TO BEAT ME OVER THE HEAD – IT IS DESTROYING, (Voice becomes very agitated.)

Listen, I want to file retaliation against them and they are playing dirty.  And they are out to get me, and the Dean is involved, Dean Oldfield, who gave me a really bad grade in Legal Reasoning.  They are out to screw me and I want to pursue this matter to the federal courts.

Listen, I don't want to take my life Barbara.  But if they push me to the edge, I can assure you, I will make sure it looks really cruel (haughty laughing).   Listen, I will freaking take all them all the way to the bottom of the barrel of US News & World Report, to the bottom of the barrel.

If they want to push me to the edge, hey I won't turn it into a – I will put them on the map okay. That may be the last thing I do.   If they want to push me to the edge they will – it will absolutely be a nasty mess.  But, I won't – listen I am sick of tired of being bullied and pushed around by them and I want to get back with you.  And I am very hurt (getting choked up).  They are just going to put me through it, put me through it, put me through it and ruin me and destroy me. And then at that point there won't be anything left for me to lose.  Okay?

End of message.