**EXHIBIT**

**C**

## THE UNIVERSITY OF AKRON



OFFICE OF THE PRESIDENT

JOHN C. GREEN, PH.D.
INTERIM PRESIDENT

August 30, 2018

Mr. Clark Robertson
3527 S. Federal Way, Suite 103-15
Boise, ID 83705

Dear Mr. Robertson:

Pursuant to the recommendation of Dean CJ Peters, you are immediately suspended from The University of Akron pursuant to University Rule 3359-41-01(F)(2)(e). I am advised that you pose an immediate threat to the safety and security of the campus.

I am informed that you were removed from campus by University of Akron Police Officers and involuntarily committed based on threats of self-harm and threats against the law school. This constitutes, in my estimation, a threat to the physical and emotional safety and well-being of yourself, other students, and representatives of the University.

This letter shall serve as notice to you that you are immediately suspended from The University of Akron. As such, you are not permitted to enter this campus for any reason except upon the express written permission of The University of Akron Police to attend appropriate disciplinary hearings regarding charges of Code of Student Conduct violations pending against you.

Please be advised that this suspension will remain in effect until the completion of the University hearing process conducted by the Department of Student Conduct and Community Standards. Appropriate University officials will inform you of further action in this regard.

Sincerely,

John C. Green
Interim President

c:  Dale Adams, Jr., Director, Student Conduct and Community Standards
John Messina, Vice President for Student Affairs
James Weber, Assistant Vice President for Campus Security and Chief of Police
CJ Peters, Dean, School of Law

BUCHTEL HALL 114 • AKRON, OH 44325-4702
330-972-7869 OFFICE • 330-972-8652 FAX • PRESIDENT@UAKRON.EDU
THE UNIVERSITY OF AKRON IS AN EQUAL EDUCATION AND EMPLOYMENT INSTITUTION

*Department of Student Conduct &*
*Community Standards*

*Receipt of Official Notice*

Student Name:     Clark A. Robertson
                  4185441

Date of Delivery:

€  Student received:  Presidential Suspension Letter

Comments:  Please return this document to the Department of Student Conduct &
Community Standards, Simmons Hall, Room 302.  Thank you.

Student Signature:_____     Date:_____

UA Signature:_____     Date:_____

8/30/18 - Hospital refused delivery. Notice
          sent to students university and yahoo
          email accounts by Student Conduct.