

**Department of Student Conduct
and Community Standards**

Akron, OH 44325-6207
t: 330-972-6380
f: 330-972-5884

uakron.edu/studentconduct

August 30, 2018

Clark Robertson
Sent electronically to car156@zips.uakron.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2018017701

Dear Clark,

The Department of Student Conduct and Community Standards has received information alleging your involvement in an incident on August 29, 2018, which may have violated the Code of Student Conduct. Specifically, you are alleged to have violated the following section(s) of the code:

- Engaging in or threatening physical abuse, verbal abuse, threats, intimidation, harassment, coercion, and/or other conduct which intentionally or recklessly threatens or endangers the health, welfare or safety of any person.

It is the role of my department to look into reports we receive about students who may have violated the Code of Student Conduct. To begin this process, we need to schedule a fact-finding meeting so that we can share with you the information we've received, as well as, give you an opportunity to share with us your perspective of the incident.

**Please contact our office at 330-972-6380 to schedule an appointment at your earliest convenience. Please be advised that you have been placed on an interim suspension from the University of Akron until the completion of the University hearing process. As such, you are not permitted to enter campus for any reason except to attend appropriate disciplinary hearings regarding charges of Code of Student Conduct violations pending against you. A letter from Interim President John Green explaining the interim suspension has been attached for your records.**

Recognizing that receipt of this letter may cause some students to experience anxiety; we have created a website (www.uakron.edu/studentconduct) that outlines the fact-finding process, your rights as a student, and the potential outcomes of the process. As a reminder, you may bring an adviser with you to our meeting. An adviser may be any person you choose, such as a friend (someone not involved in the situation), relative, mentor, even an attorney (that you hire at your own expense), who attends to provide emotional support to you during the meeting.

If you still have questions about our process after reviewing the enclosed brochures and our website, please feel free to call our office at 330-972-6380. However, please note that details of the incident will not be reviewed over the phone but rather during the above scheduled meeting.

Sincerely,

*Dale R. Adams*

Dale R. Adams
Director Student Conduct and Community Standards

CC:   Clark Robertson, Yahoo Email Account
       Dr. John Messina, Vice President for Student Affairs
       Jim Weber, Assistant Vice President Campus Safety
       CJ Peters, Dean School of Law
       Scott Campbell, Assistant General Counsel and Records Compliance Officer



**LOUIS STOKES CLEVELAND**
**DEPARTMENT OF VETERANS AFFAIRS**
**Akron CBOC**
55 West Waterloo Road
Akron, Ohio 44319

April 24, 2019

To Whom It May Concern:

Please excuse Mr. Clark Robertson for any school activities or meeting due to increase in stress. Please consider his request for this from a medical standpoint.

Sincerely,

A. Daniel Hatchett, MD
Staff Akron VA.



Akron Community Based Clinic
Department of Veterans Affairs
95 West Waterloo
Akron, Ohio 44319
Phone: 330-724-7715

April 26, 2019

To whom it may concern.

Mr. Clark Ayers Robertson is currently under my care for the treatment of Bipolar disorder and was recently started on a medication. Please excuse Mr. Robertson from any school activities including meeting as he is not currently stable.

Thank you for this consideration.

Sincerely,

A. Daniel Hatchett, MD

    Staff Psychiatrist.